RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___6___/___20___/___08___
BY _____

# IN THE UNITED STATES DISTRICT COURT FOR

## THE WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

BRENDA ANDERSON, ET AL.                     CIVIL ACTION NO. 07-1378 (lead)

versus                                                    JUDGE WALTER

GEORGIA GULF LAKE CHARLES,          MAGISTRATE JUDGE KAY
LLC, ET AL.

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the *Anderson* plaintiffs' motion to remand [Doc. 16] be **DENIED** and that *sua sponte* summary judgments be entered dismissing all plaintiffs' claims against Mark Jakel, Randall E. Polk, Barry Bernard, and Richard Butterworth

.        **IT IS FURTHER ORDERED** that the *Dugas* plaintiffs' motion to remand [Doc. 40] be **DENIED** and that *sua sponte* judgments be entered dismissing all claims against Jim Little and Charles McDonald.

**IT IS FURTHER ORDERED** that all requests for attorney fees be **DENIED**.

**THUS DONE and SIGNED**, in Shreveport, Louisiana, on this _19th_ day of June, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE